UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kenny Felton**　　　　　　　　　　　　　　　　　　　　　**Docket No. 2:12-CR-10-2D**

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kenny Felton, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(B), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 16, 2013, to the custody of the Bureau of Prisons for a term of 126 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

Kenny Felton was released from custody on October 14, 2020, at which time the term of supervised release commenced.

On December 11, 2020, a Violation Report was submitted to the court advising that on October 22, 2020, the defendant was charged with Driving While License Revoked Not Impaired Revocation and Failure to Stop for a Steady Red Light (20CR701836) in Pasquotank County, North Carolina. Inasmuch as Felton promptly reported his contact with law enforcement and was verbally reprimanded and counseled by the probation officer about his misconduct, it was recommended he be continued under supervision without modification. The court concurred with the recommendation on December 11, 2020. The Driving While License Revoked Not Impaired revocation charge was dismissed on August 9, 2021. The Failure to Stop for a Steady Red Light charge remains pending.

On April 20, 2021, a Violation Report was submitted to the court advising that on April 18, 2021, Felton submitted to an instant urine screen which tested positive for cocaine use. The national laboratory confirmed the result on April 25, 2021. When confronted with the instant urine screen result, the defendant admitted to consuming cocaine on April 16, 2021, after a friend inadvertently gave him a cigarette containing the substance. Felton also provided a written statement acknowledging his illegal drug use. In response to the violation, the undersigned probation officer used cognitive behavioral intervention skills and referred the defendant to PORT Health in Elizabeth City for a substance abuse assessment. As such, it was recommended that Felton be continued under supervision without modification. The court concurred with the recommendation on April 22, 2021. Note: The defendant underwent the substance abuse assessment at PORT Health on May 29, 2021, and was not recommended for treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 22, 2021, during a scheduled home visit, the defendant submitted to an instant urine screen which tested positive for cocaine use. Confirmation from the national laboratory is pending. When confronted with the urine screen result, Felton initially denied using cocaine, but he ultimately admitted to consuming the substance on August 20, 2021. He also provided a written statement acknowledging his illegal drug use. In response to the defendant's drug use, the undersigned probation officer used cognitive behavioral intervention skills with Felton and referred him back to PORT Health in Elizabeth City for a substance abuse reassessment. The reassessment is scheduled to commence on September 7, 2021. As a punitive sanction and to promote compliance, it is respectfully recommended the defendant be ordered to abide by a curfew with electronic monitoring for 30 consecutive days. Felton signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Kenny Felton
Docket No. 2:12-CR-10-2D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Lakesha H. Wright<br>Lakesha H. Wright<br>U.S. Probation Officer<br>306 East Main Street, Room 306<br>Elizabeth City, NC 27909-7909<br>Phone: 252-335-5508<br>Executed On: August 30, 2021 |

### ORDER OF THE COURT

Considered and ordered this __30__ day of __August__, 2021, and ordered filed and made a part of the records in the above case.

/s/ Dever
James C. Dever III
U.S. District Judge